IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY          PLAINTIFF
ADC #149998C

v.                   No. 2:20-cv-155-DPM-PSH

SIDNEY LARRY,
Former Sergeant, Brickeys Max, and
DEVINE MAIDEN,
Lieutenant, Brickeys Max          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 43*, and overrules Terry's objections, *Doc. 44*. FED. R. CIV. P. 72(b)(3). Terry's official capacity claims for money damages are dismissed without prejudice. *Nix v. Norman*, 879 F.2d 429, 431–32 (8th Cir. 1989). Defendants Sidney Larry and Devine Maiden no longer work at the Arkansas Department of Correction. Terry's claims for injunctive relief are therefore dismissed without prejudice as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 June 2021