IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                               **PLAINTIFF**
**ADC #149998C**

v.                     No. 2:20-cv-155 DPM-PSH

**SIDNEY LARRY, Former Sergeant,
Brickeys Max; and DEVINE MAIDEN,
Lieutenant, Brickeys Max**                                   **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, *Doc. 56,* granted. Terry's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2021