# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998C**

v.                    No. 2:20-cv-155 DPM-PSH

**SIDNEY LARRY, Former Sergeant,**
**Brickeys Max; and DEVINE MAIDEN,**
**Lieutenant, Brickeys Max**  **DEFENDANTS**

## JUDGMENT

Terry's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  24 August 2021