# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY**  
ADC #149998C                                                                         **PLAINTIFF**

v.                         No. 2:20-cv-155-DPM-PSH

**SIDNEY LARRY**, Former Sergeant,
Brickeys Max;   **ALICIA WILLIAMS**,
Sergeant, Brickeys Max;   **BAINES**,
Nurse;   **DEVINE MAIDEN**, Lieutenant,
Brickeys Max;   and **KATHEY
BAXTER**, Sergeant Brickeys Max                                       **DEFENDANTS**

## ORDER

Motion to withdraw voluntary dismissal, *Doc. 61*, denied. Nothing in Terry's new paper warrants relief from the Court's Judgment and final Order.  *Doc. 59 & 60*;  FED. R. CIV. P. 60(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 September 2021